## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 18-28153M |
| | Citizenship: MEXICO |
| Celestino Jimenez-Garcia | |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
COUNT 1: On or about June 8, 2018, at or near Nogales, Arizona, in the District of Arizona, Celestino JIMENEZ-Garcia, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Calexico, California on April 16, 2013, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: On or about June 8, 2018, at or near Nogales, Arizona, in the District of Arizona, Celestino JIMENEZ-Garcia, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

Celestino JIMENEZ-Garcia is a citizen of Mexico. On April 16, 2013, Celestino JIMENEZ-Garcia was lawfully denied admission, excluded, deported, and removed from the United States through Calexico, California. On June 8, 2018, agents found Celestino JIMENEZ-Garcia in the United States at or near Nogales, Arizona. Celestino JIMENEZ-Garcia did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. On or about June 8, 2018, agents found Celestino JIMENEZ-Garcia in the United States of America at or near Nogales, Arizona without the proper immigration documents. Furthermore, Celestino JIMENEZ-Garcia admitted to illegally entering the United States of America from Mexico on or about June 8, 2018, at or near Nogales, Arizona at a time and place other than designated by immigration officials.

File Date: 06/11/2018

at Tucson, Arizona

Trevor McDonald, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 06/11/2018

**Bernardo P. Velasco**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                              CASE: 18-28153M

vs.

Celestino Jimenez-Garcia

## JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Celestino Jimenez-Garcia, was represented by counsel, Homero Torralba (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 06/11/2018. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
| --- | --- | --- |
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 06/08/2018 |

As pronounced on 06/11/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of ONE HUNDRED FIVE (105) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Monday, June 11, 2018.

Bernardo P. Velasco
United States Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF ARIZONA - TUCSON** | **MAGISTRATE JUDGE'S MINUTES** |

Date: 06/11/2018          Case Number: 18-28153M

USA vs. **Celestino Jimenez-Garcia**

U.S. MAGISTRATE JUDGE: BERNARDO P. VELASCO      Judge AO Code: 70BJ
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Lucinda Bush, Spanish
Attorney for Defendant: Homero Torralba (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY (restraint level 0)

[X] Defendant states true name to be **Same**
[X] Petty Offense    [X] Date of Arrest: **06/08/2018**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**ONE HUNDRED FIVE (105) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:     Homero Torralba (CJA) is appointed as attorney of record for defendant.

|  |  |
|---|---|
| Recorded by Courtsmart | COP: 1 |
| BY: Sara Jones | Sent: 0 |
| Deputy Clerk | IA: 0 |
| Start: 1:33 PM Stop: 2:59 PM | |